JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP MARTINEZ, | ) | Case No. CV 07-4208-CAS(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEBRA DEXTER, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: January 7, 2009

_____
Christina A. Snyder
United States District Judge